# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156283(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TARONE DEVON WASHINGTON,
      Defendant-Appellee.

_____/

SC: 156283
COA: 330345
Berrien CC: 15-001344-FH

     On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED IN PART. The supplemental brief will be accepted as timely filed if submitted on or before March 7, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2018



Clerk